United States District
Middle District of Florida
Jacksonville Division

2008 OCT 17 PM 3:04
JACKSONVILLE, FLORIDA

Vivian Ann Burnett

3:08-cv-998-J-20TEM

vs.

City Of Jacksonville

Jacksonville Sheriff's Office

Chaplaincy Department Chaplain David Williams

Title VII of the Civil Rights Acts of 1964. Discrimination/Retaliation

I worked for the above mentioned Respondent as a Chaplain's Asst. I was exited from the Agency in May, 2007 in Retaliation for complaining about gender and Religion discrimination. I am asking the Court for a hearing to determine if my Equal Opportunity rights were violated according to Title VII Civil Rights 1964

Vivian Ann Burnett
5350 Arlington Expy #1501
Jacksonville, FL 32211
(904) 721-2858